# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### PITTSBURGH

| | |
|---|---|
| WILLIAM OVERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HUTTIG (BENBILT BUILDING SYSTEM),<br>A SUBSIDARY OF WOODGRAIN, INC.;<br><br>　　　　Defendant, | 2:23-CV-01451-MJH |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Rule 72 of the Local Rules for Magistrate Judges.

On August 20, 2024, Magistrate Judge Kelly issued a Report and Recommendation, (ECF No. 40), recommending that this action be dismissed because of Plaintiff's failure to prosecute and that Defendant's Motion for Sanctions, (ECF No. 28), be denied as moot. The parties were informed that written objections to the Report and Recommendation were due by September 3, 2024. Neither party filed any objections. Accordingly, after *de novo* review of the pleadings and the documents in the cases, together with the Report and Recommendation, the following order is entered:

The Magistrate Judge's Report and Recommendation, (ECF No. 40), dated August 20, 2024, is adopted as the Opinion of the Court.

IT IS HEREBY ORDERED that this case is dismissed, for failure to prosecute. IT IS FURTHER ORDERED that Defendant's Motion for Sanctions, (ECF No. 28), is DENIED as moot. This case is closed.

                                                                                Marilyn J. Horan
                                                                                United States District Judge